IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONALD L. DAVIS,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 04-0258-WS-C |
| **GLOBEL-TEL LINK CORP.,** | : |
| **Defendant.** | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby TRANSFERRED to the United States District Court for the Middle District of Tennessee.

**DONE** and **ORDERED** this 27th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE